JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAINSWORTH M. HALL, | ) Case No. CV 19-0503-PA (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| L.J. MILUSNIC, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 29, 2019

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE